UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael J. Hanlon

    v                                                  Civil No. 10-cv-285-SM

NH State Prison, Warden

## **O R D E R**

Petitioner's Motion to Stay Proceedings to reserve petitioner's right to file habeas petition (document no. 1) is granted. Petition will not be reviewed until receipt of $5 filing fee, due on or before August 20, 2010. Status reports must be filed every 90 days with first status report due October 22, 2010. Habeas Petition must be filed within 30 days of completion of state court exhaustion.

    SO ORDERED.

                                                      _____
                                                      Landya B. McCafferty
                                                      United States Magistrate Judge

Dated: July 22, 2010

cc: Michael J. Hanlon, pro se