UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael J. Hanlon

       v.                                   Case No. 10-cv-285-SM

NH State Prison, Warden

O R D E R

Petitioner has not filed a 90-day status report as ordered. Accordingly, within 30 days, Petitioner must either file a status report or show cause why the stay should not be terminated and the petition dismissed for failure to demonstrate exhaustion of all claims.

SO ORDERED.

Date: October 25, 2010                         /s/ Landya B. McCafferty
                                                                         _____
                                                                          Landya B. McCafferty
                                                                          United States Magistrate Judge

cc:     Michael J. Hanlon, pro se