UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael J. Hanlon

       v.                                          Case No. 10-cv-285-SM

New Hampshire State Prison, Warden

O R D E R

The petitioner having failed to comply with the Order of Magistrate Judge McCafferty dated May 12, 2011 and no status report having been filed, his case is hereby dismissed without prejudice.

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealability.  See, 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Sections 2254 and 2255; First Cir. LR 22.0.

SO ORDERED.

July 29, 2011

                                                      Steven J. McAuliffe
                                                      Chief Judge

cc:      Michael J. Hanlon, pro se